# IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 6:23-po-095-HBK |
| Plaintiff, | ) ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) ) | **UNSUPERVISED PROBATION** |
| RUNYU LI | ) ) | |
| Defendant. | ) ) ) | |

PURSUANT to an order of this Court the Defendant hereby submits its status report on unsupervised probation:

**Convicted of:**           36 CFR § 1.5(f)

**Sentence Date:**          August 4, 2023

**Review Hearing Date:** August 13, 2024

**Probation Expires On:** August 4, 2028

## CONDITIONS OF UNSUPERVISED PROBATION:

☒  **Obey all federal, state and local laws**; and

☒  **Monetary Fines & Penalties in Total Amount of:** $11,939.50 which Total Amount is made up of a Fine: $       Special Assessment: $    10 Processing Fee: $ Choose an item. Restitution: $ 11,939.50

☐  Payment schedule of $      per month by the      of each month.

☐  **Community Service hours Imposed of:**

☒  **Other Conditions:**  post-plea booking with the USMS.

## COMPLIANCE:

☒  Defendant has complied with and completed <u>all</u> conditions of probation described-above.

**Otherwise:**

☐  Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

If so, describe arrest/charge/citation (location, court, date & offense): Click here to enter text.

☐  To date, Defendant has paid a total of $
☐ If not paid in full when was last time payment:       Date: Click here to enter a date.
                                                          Amount:  $

☐  To date, Defendant has performed    hours of community service.

☐  Compliance with Other Conditions of Probation:

***GOVERNMENT'S POSITION:***

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:  Sean Anderson

***DEFENDANT'S REQUEST (OPTIONAL):***

In light of the information detailed in this status report, the defendant moves for the following:

☒ that **Mr. Li be permitted to appear remotely** at the review hearing set for 8/13/2024 at 10 am. The Government does not object.

☐ be continued to Click here to enter a date. at 10:00 a.m.; or

☐ be vacated.

☐ that Defendant's unsupervised probation be terminated, and that the case be closed.

[Mr. Li Mailed his full restitution check on 7/23/24. The Government has reached out to confirm whether it has been received, but has not received confirmation yet. If it should be received and processed prior to 8/13/24, Mr. Li will be requesting early termination and the vacatur of his review hearing.].

DATED:  8/2/2024

/s/*Kara R. Ottervanger*
DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☐ GRANTED.  The Court orders that Choose an item.

☐ DENIED.

DATED: _____

**HELENA M. BARCH-KUCHTA**
United States Magistrate Judge